1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,         )   Case No: 1:11-CR-252
                                      )
12                      Plaintiff,    )
                                      )   ORDER TO **UNSEAL** INDICTMENT
13       v.                           )
                                      )
14                                    )
    BOBBY ALEXANDER,                  )
15                                    )
                        Defendant.    )
16                                    )
                                      )
17  _____)

18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.

22

23  Date: 11/21   , 2011            _____
                                    Honorable Jennifer L. Thurston
24                                  United States Magistrate Judge

25

26

27

28

                                      2

```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BOBBY ALEXANDER,<br><br>　　　　　　Defendant. | Case NO. 1:11-CR-252<br><br>REQUEST TO **UNSEAL** INDICTMENT |

　　The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

```
                              BENJAMIN B. WAGNER
                              United States Attorney


Date: November 18, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney
```

1