IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOBBY ALEXANDER, ) <br> ) <br> Defendant. ) | Case No. 1:11-cr-00252-AWI DLB <br><br> STIPULATION TO CONTINUE HEARING ON MOTION FOR DISCOVERY and ORDER <br><br> Date:   February 27, 2012 <br> Time:   1:00 p.m. <br> Court:  Hon. Dennis Beck |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. Per Judge Ishii's directive at the February 6 hearing on defendant's discovery motion, counsel for defendant has forwarded to counsel for the government a 7-page proposed draft order regarding discovery. The parties have agreed that although the issues are numerous, they are probably amenable to resolution by stipulated order. The parties are currently working on a resolution to these discovery issues and hope to present the Court with a proposed stipulated order.

2. Counsel for the defendant realized (after this hearing date was set) that she would be out of state on February 27 on family business.

3. In light of all of the above, the parties hereby stipulate to an order

*Stipulation and Order re:  discovery hearing*1

continuing the date for the discovery hearing, from February 27, 2012 at 1:00 p.m. to a new date of March 12, 2012 at 1:00 p.m.

4. The parties further stipulate that time may be excluded through and until March 12, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

Dated: February 15, 2012

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
BOBBYALEXANDER

Dated: February 15, 2012

/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and Order re: discovery hearing2*

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the discovery hearing presently set for February 27, 2012 at 1:00 p.m. be and is hereby continued to a new date of March 12, 2012 at 1:00 p.m.

Time is excluded through and until March 12, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated: February 14, 2012

　　　　　　　　　　　　　　　　　　　/s/ DENNIS L. BECK
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Stipulation and Order re:  discovery hearing3*

PDF created with pdfFactory trial version www.pdffactory.com