Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559.442.3111
559.442.3162 fax
pm@patiencemilrod.com

Attorney for BOBBY ALEXANDER

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-cr-252-AWI DLB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS HEARING and ORDER** |
| ) | |
| ) | |
| vs. ) | |
| BOBBY ALEXANDER, ) | Date:      May 29, 2012 |
| ) | Time:      1:00 p.m. |
| Defendant. ) | Court:     Hon. Dennis Beck |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff,

and PATIENCE MILROD, counsel for the Defendant:

     1.    Having received discovery, and a proposed plea agreement, undersigned

counsel for Mr. Alexander has determined that an essential avenue of

further investigation is forensic analysis of certain discovery.  Counsel for

Mr. Alexander has just received a cost estimate for such analysis, and will

*Stipulation and [Proposed] Order re:  status hearing*           *1*

1    be filing a request for funding no later than May 24, 2012.

2        2.   In light of all of the above, the parties hereby stipulate to an order

3    continuing the date for the status hearing, from May 29, 2012 at 1:00 p.m.

4    to a new date of June 25, 2012 at 1:00 p.m.

5        3.   The parties further stipulate that time may be excluded through and until

6    June 25, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

7    for defense counsel investigation, preparation and filing of motions, and

8    through and until the date of decision on such motions pursuant to 18

9    U.S.C. §3161(h)(1)(F) and (J).

10   Dated:  May 25, 2012

11                                              /s/ Patience Milrod
                                                PATIENCE MILROD
                                                Attorney for defendant
12                                              BOBBY ALEXANDER

13   Dated:  May 25, 2012

14                                              /s/ Elana Landau
                                                United States Attorney
                                                BENJAMIN B. WAGNER
15                                              By ELANA LANDAU
                                                Assistant U.S. Attorney

16

17

18

19

20

21

22

23   *Stipulation and [Proposed] Order re:  status hearing*                    2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status hearing presently set for May 29, 2012 at 1:00 p.m. be and is hereby continued to a new date of June 25, 2012 at 1:00 p.m.

Time is excluded through and until June 25, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated: May 25, 2012

       \_\_\_/s/ Dennis L. Beck_____
       HON. DENNIS BECK
       Magistrate Judge of the Eastern District