BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY ALEXANDER ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 11-CR-252 AWI-DLB <br><br> STIPULATION AND <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from September 24, 2012 to October 1, 2012 at 10:00a.m.. They stipulate that the time between September 24, 2012 and October 1, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, to allow for finalization of plea negotiations and further defense investigation and preparation. The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: September 20, 2012       By:      /s/ Elana S. Landau
                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney


DATE: September 20, 2012                /s/ Patience Milrod
                                        PATIENCE MILROD
                                        Attorney for Defendant


IT IS SO ORDERED.

Dated:      September 20, 2012          _____
                                        CHIEF UNITED STATES DISTRICT JUDGE