Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for BOBBY ALEXANDER

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-cr-252-AWI DLB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING and** |
| ) | **ORDER THEREON** |
| vs. ) | |
| ) | |
| BOBBY ALEXANDER, ) | Date:     December 10, 2012 |
| ) | Time:    10:00 a.m. |
| Defendant.   ) | Court:    Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. The parties to the above-captioned matter agree to vacate the December 10, 2012, sentencing date and reset the matter for January 28, 2013 at 10:00 a.m.

*Stipulation and Order re:  continue sentencing hearing*                                                                 *1*

2. The parties stipulate that the continuance is necessitated by the parties' need to correct errors in the plea agreement, and to allow adequate time for preparation of the presentence investigation report.

3. The parties stipulate that the plea agreement filed on September 24, 2012 will be withdrawn, and that the corrected plea agreement, signed on November 26, 2012, will be filed in place and instead of the September 24, 2012 agreement.  The parties stipulate and agree that Mr. Alexander may both enter his plea to the Superseding Information, and be sentenced, on January 28, 2013.

4. The parties further stipulate that time may be excluded through and until January 28, 2013 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

Dated:  November 27, 2012

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
BOBBY ALEXANDER

Dated:  November 27, 2012

/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and Order re:  continue sentencing hearing*                                                    2

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the plea agreement filed on September 24, 2012 is hereby withdrawn, and the corrected plea agreement, signed on November 26, 2012, is hereby ordered filed, in place and instead of the September 24, 2012 agreement.

The sentencing hearing presently set for December 10, 2012 at 10:00 a.m. is hereby continued to a new date of January 28, 2013 at 10:00 a.m.; on that date, Mr. Alexander will both enter his plea to the Superseding Information, and be sentenced.

Time is excluded through and until January 28, 2013 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated:   November 27, 2012   _____
UNITED STATES DISTRICT JUDGE

*Stipulation and Order re:  continue sentencing hearing*                                                                 3